

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2018

No. 04-17-00334-CV

Louis **DORFMAN**, K.I. Holdings, Ltd., Sam Myers, JMD Resources, Inc., Billy Cogdell
Bowden, Barbara Stanfield, Stacey Dorman Kivowitz, Julia Dorfman, Mark Dorfman, Samuel
Grant Dorfman, Individually and as Independent Executor of the Estate of Sam Y. Dorfman,
Louis Dorfman, K.I. Holdings, Ltd., Sam Myers, JMD Resources, Inc., Billy Cogdell Bowden,
Barbara Stanfield, Stacey Dorman Kivowitz, Julia Dorfman, Mark Dorfman, Samuel Grant
Dorfman, Individually and as Independent Executor of the Estate of Sam Y. Dorfman, Deceased
and John Pritchett, Trustee of the CKK 2012 Trust.
Appellants / Cross-Appellees

v.

**VICEROY PETROLEUM, LP,** 1776 Energy Partners, LLC and Shirley Wiatrek
Appellees / Cross-Appellants

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-08-00185-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellants' brief was originally due on November 3, 2017. On November 9, 2017, we
granted a motion extending appellants' briefing deadline to December 4, 2017. On November
20, 2017, the parties filed an agreed motion to set the briefing schedule, which we granted.
Appellants' and cross-appellants' opening briefs were due on or before January 12, 2018. On
December 22, appellants and cross-appellants filed a joint motion for extension of time, which
was granted, thus setting appellants' and cross-appellants' opening briefs due on February 23,
2018.

Neither the appellants' nor cross-appellants' briefs have been filed. Additionally, neither
appellants nor the cross-appellants have filed a motion for extension of time in which to file their
brief. Therefore, it is **ORDERED** appellants and cross-appellants show cause in writing on or
before **March 23, 2018** why this appeal should not be dismissed for want of prosecution. TEX.
R. APP. P. 38.8(a).

Appellants' and cross-appellants' responses should include a reasonable explanation for failure to timely file the brief and should demonstrate affirmative steps taken to remedy the deficiency. If appellants or cross-appellants intend for the response to act as a motion for extension of time, it must comply with Rule 10.5 of the Texas Rules of Appellate Procedure and the Fourth Court of Appeals' local rules. If appellants or cross-appellants no longer wish to pursue this appeal, the response should include a motion to dismiss.

If this Court does not receive an adequate response on or before **March 23, 2018**, the appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court